# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

HANCOCK BANK,

     Plaintiff,

v.                           CASE NO. 3:16cv376-MCR-CJK

CHARLES P. YELTON, et al.,

     Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 30, 2016.  ECF No. 9  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      Hancock's "Objection to Charles P. Yelton's Consumer Notice of Removal" (doc. 6) is **GRANTED**, and Santa Rosa County Circuit Court Case Nos. 2012-CA-001675 and 2014-CA-000287 are **REMANDED** to the state court from which they were removed.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of November, 2016.


_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**